# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

D.F.,

        *Plaintiff,*

    v.

DNC SERVICES CORPORATION, et al.,

        *Defendants.*

CIVIL ACTION
NO. 25-5003

## ORDER

**AND NOW**, this 19th day of September 2025, given Plaintiff's filing of an Amended Complaint, (Dkt. No. 13), the Motions to Dismiss (Dkt. No. 10, 12) are **DENIED as moot.**

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.