IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.F.,<br><br>   *Plaintiff,*<br><br>v.<br><br>DNC SERVICES CORPORATION, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br>NO. 25-5003 |

# **ORDER**

**AND NOW**, this 16th day of October 2025, upon consideration of the parties' Stipulation to Extend Time to Respond to Motions to Dismiss (Dkt. No. 18), it is hereby **ORDERED** that Plaintiff shall file a response to Defendants' Motions to Dismiss on or before **Wednesday, October 29, 2025.**

              BY THE COURT:

              */s/ Gerald J. Pappert*
              Gerald J. Pappert, J.