IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.F., <br><br> *Plaintiff,* <br><br> v. <br><br> DNC SERVICES CORPORATION, et al., <br><br> *Defendants.* | CIVIL ACTION <br> NO. 25-5003 |

## ORDER

**AND NOW**, this 18th day of November 2025, upon consideration of Plaintiff D. F.'s Amended Complaint, (Dkt. No. 13), the Partial Motion to Dismiss filed by Brendan Killackey, (Dkt. No. 16), and the Motion to Dismiss filed by DNC Services Corporation, (Dkt. No. 17), Plaintiff's Responses, (Dkt. Nos. 20, 21), Killackey's Reply, (Dkt. No. 23), and DNC's Reply, (Dkt. No. 24), it is **ORDERED** that the Motions are **GRANTED**:

1. Count I, alleging negligence against the DNC is **DISMISSED without prejudice**.

2. Count II, alleging civil conspiracy and aiding and abetting against the DNC and Count III, alleging vicarious liability against the DNC, are both **DISMISSED with prejudice**.

3. Count IV, alleging negligence against Killackey is **DISMISSED with prejudice**.

4. D. F. may file a second amended complaint, consistent with this Order and the accompanying Memorandum, **on or before Tuesday, December 16, 2025**.

                                                   BY THE COURT:

                                                   ***/s/ Gerald J. Pappert***
                                                   Gerald J. Pappert, J.