**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

D.F.,

       *Plaintiff,*

   v.

DNC SERVICES CORPORATION, et al.,

       *Defendants.*

CIVIL ACTION
NO. 25-5003

## <u>ORDER</u>

**AND NOW**, this 19th day of March 2026, following a telephone conference with counsel for the parties, it is **ORDERED** that the parties shall file a status report consistent with today's conference on or before **Thursday, April 16th, 2026**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.